IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SETH REHFUSS, :
    Petitioner, :
: No. 1:21-cv-00677
v. :
: (Judge Kane)
STEPHEN SPAULDING, :
    Respondent :

## ORDER

**AND NOW**, on this 29th day of June 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                           s/ Yvette Kane
                                           Yvette Kane, District Judge
                                           United States District Court
                                           Middle District of Pennsylvania